1 **ANDREW LAH**
California State Bar No. 234580
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
andrew_lah@fd.org
5
Attorneys for Defendant Garcia-Vega
6

7

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   ) Case No. 08mj1839
                                )
12 |         Plaintiff,          )
                                )
13 | v.                          )
                                ) **NOTICE OF APPEARANCE**
14 | **JOSE DE JESUS GARCIA-VEGA,** )
                                )
15 |         Defendant.          )
   |_____)
16

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the

19 above-captioned case.

20                                          Respectfully submitted,

21

22 Dated: June 18, 2008                     *s/ ANDREW LAH*
                                            Federal Defenders of San Diego, Inc.
23                                          Attorneys for Defendant
                                            andrew_lah@fd.org
24

25

26

27

28

**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
andrew_lah@fd.org

Attorneys for Mr. Garcia-Vega

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj1839 |
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| JOSE DE JESUS GARCIA-VEGA, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**Assistant United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: June 18, 2008               *s/ ANDREW LAH*
                                   **ANDREW LAH**
                                   Federal Defenders of San Diego, Inc.,
                                   andrew_lah@fd.org