UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08 CR 2151-L |
| Plaintiff | ) | 08 MJ 1839 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Garcia-Vega | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States ~~District~~/Magistrate Judge,   Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond ~~Posted / Case Disposed~~ / Order of Court).

Maria Del Rosario Reyes-Vargas

DATED: 6/26/08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
V. Lee   Deputy Clerk