

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9             SOUTHERN DISTRICT OF CALIFORNIA
10 UNITED STATES OF AMERICA,    )  Criminal No. 08CR2151-L
11                              )
            Plaintiff,          )  **CONSENT TO RULE 11 PLEA IN A**
12 v.                           )  **FELONY CASE BEFORE UNITED**
                                )  **STATES MAGISTRATE JUDGE**
13   Jose Garcia-Vega           )
                                )
14                            , )
                                )
15          Defendant.          )
   _____

16
17    I have been advised by my attorney and by the United States
   Magistrate Judge of my right to enter my plea in this case before
18
   a United States District Judge.  I hereby declare my intention to
19
   enter a plea of guilty in the above case, and I request and
20
   consent to have my plea taken by a United States Magistrate Judge
21
   pursuant to Rule 11 of the Federal Rules of Criminal Procedure.
22
      I understand that if my plea of guilty is taken by the
23
   United States Magistrate Judge, and the Magistrate Judge
24
   recommends that the plea be accepted, the assigned United States
25
   District Judge will then decide whether to accept or reject any
26
   plea agreement I may have with the United States and will
27
   adjudicate guilt and impose sentence.
28
      I further understand that any objections to the Magistrate

Judge's findings and recommendation must be filed within 14 days of the entry of my guilty plea.

Dated: 7-11-08          *Jose Garcia*
                                Defendant

Dated: 7/11/08          [signature]
                                Attorney for Defendant

The United States Attorney consents to have the plea in this case taken by a United States Magistrate Judge pursuant to Criminal Local Rule 11.2.

Dated: 7/11/08          [signature]
                                Special Assistant United States Attorney

2