

FILED

JUL 1 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )    Criminal No. 08 CR 2151-L
                                    )
                Plaintiff,          )
                                    )    **FINDINGS AND RECOMMENDATION OF**
v.                                  )    **THE MAGISTRATE JUDGE UPON A**
                                    )    **PLEA OF GUILTY**
Jose DeJesus Garcia-Vega,           )
                Defendant.          )
_____)

        Upon Defendant's request to enter a plea of Guilty pursuant
to Rule 11 of the Federal Rules of Criminal Procedure, this
matter was referred to the Magistrate Judge by the District
Judge, with the written consents of the Defendant, counsel for
the Defendant, and counsel for the United States.

        Thereafter, the matter came on for a hearing on Defendant's
plea of guilty, in full compliance with Rule 11, Federal Rules of
Criminal Procedure, before the Magistrate Judge, in open court
and on the record.

        In consideration of that hearing and the allocution made by
the Defendant under oath on the record and in the presence of
counsel, and the remarks of the Assistant United States Attorney,
///

1      I make the following FINDINGS - that the Defendant

2 understands:

3          1.    the right to persist in a plea of "not guilty";

4          2.    the right to a speedy and public trial;

5          3.    the right to be tried by a jury, or the ability to

6                waive that right and have a judge try the case without

7                a jury;

8          4.    the right to the assistance of counsel at trial;

9          5.    that, at trial, there would be the right to confront

10               and cross-examine the witnesses against the Defendant;

11         6.    that, at trial, there is the right to present a

12               defense, and the right to have witnesses subpoenaed to

13               testify on the Defendant's behalf;

14         7.    that, at trial, the Defendant would have the right

15               against compelled self-incrimination;

16         8.    the nature of the charge filed in this case;

17         9.    the maximum possible sentence that could be imposed

18               (including imprisonment, fine, term of supervised

19               release, and mandatory special assessment), the effect

20               of a supervised release term, and that the sentencing

21               guidelines are only advisory so that the Court may

22               sentence Defendant up to the statutory maximum;

23        10.    the terms of the plea agreement;

24 I further find that:

25        11.    that Defendant's plea of guilty is made knowingly and

26               voluntarily;

27        12.    the Defendant is competent to enter a plea; and

28        13.    there is a factual basis for Defendant's plea.

I therefore **RECOMMEND** that the District Judge accept the Defendant's plea of guilty.

The sentencing hearing will be before United States District Judge **M. James Lorenz**, on **9|22|08**, at **8:30 am**.

Objections to these Findings and Recommendation must be filed within 14 days of the date of this order.

Dated: **7|11|08**

*Ruben Brooks*
Honorable RUBEN B. BROOKS
United States Magistrate Judge

Copies to:

Hon. **M. James Lorenz**
U.S. District Judge

**Carlos Combs**
United States Attorney

**Andrew Lah, FD**
Counsel for Defendant