```
 1  KAREN P. HEWITT
     United States Attorney
 2  PAUL S. COOK
     Assistant U.S. Attorney
 3  California State Bar No. 79010
     United States Attorney's Office
 4  880 Front Street, Room 6293
     San Diego, California 92101-8893
 5  Telephone: (619)557-5687/(619)235-2757(Fax)
     Email: paul.cook@usdoj.gov
 6
     Attorneys for Plaintiff
 7  United States of America

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )   Criminal Case No. 08cr2151-L
                                 )
11                   Plaintiff,  )
                                 )   NOTICE OF APPEARANCE
12          v.                   )
                                 )
13  JOSE DE JESUS GARCIA-VEGA,   )
                                 )
14                   Defendant.  )
                                 )
15

16

17  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18       I, the undersigned attorney, enter my appearance as lead

19  counsel in the above-captioned case.  I certify that I am

20  admitted to practice in this court or authorized to practice under

21  CivLR 83.3.c.3-4.

22       The following government attorneys (who are admitted to

23  practice in this court or authorized to practice under CivLR

24  83.3.c.3-4) are also associated with this case, should be listed

25  as lead counsel for CM/ECF purposes, and should receive all

26  Notices of Electronic Filings relating to activity in this case:

27       Name - "None"

28
```

1  |   Effective this date, <u>the following attorneys are no longer
2  |   associated with this case</u> and should <u>not</u> receive any further
3  |   Notices of Electronic Filings relating to activity in this case
4  |   (if the generic "U.S. Attorney CR" is still listed as active in
5  |   this case in CM/ECF, please terminate this association):
6  |   Please call me if you have any questions about this notice.
7  |   DATED: July 21, 2008.
8  |                                   Respectfully submitted,
9  |                                   KAREN P. HEWITT
   |                                   United States Attorney
10 |
11 |                                   <u>s/Paul S. Cook</u>
   |                                   PAUL S. COOK
12 |                                   Assistant United States Attorney
   |                                   Attorney for Plaintiff
13 |                                   United States of America
   |                                   Email: paul.cook@usdoj.gov
14 |
...
28 |                                   2

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,       )   Case No. 08cr2151-L
                                )
            Plaintiff,          )
                                )
        v.                      )
                                )   CERTIFICATE OF SERVICE
JOSE DE JESUS GARCIA-VEGA,      )
                                )
            Defendant.          )
_____)

IT IS HEREBY CERTIFIED THAT:

    I, PAUL S. COOK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

                            Andrew Lah
                            andrew_Lah@fd.org

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:


the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on July 21, 2008.

                                    s/Paul S. Cook
                                    PAUL S. COOK

3