1  **ANDREW LAH**
   California Bar No. 234580
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  andrew_lah@fd.org

5  Attorneys for Mr. Otero

6

7                    UNITED STATES DISTRICT COURT

8                  SOUTHERN DISTRICT OF CALIFORNIA

9                  **(HONORABLE ROGER T. BENITEZ)**

10 UNITED STATES OF AMERICA,          )    Case No. 08cr02151-BEN
                                      )
11          Plaintiff,                )    JOINT MOTION FOR IMMEDIATE
                                      )    SENTENCING AND WAIVER OF
12          v.                        )    PRE-SENTENCE REPORT
                                      )
13 HUGO OTERO,                        )
                                      )
14          Defendant.                )
                                      )
15 _____   )

16       **IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES**, for good

17 cause, that the sentencing in this case occur immediately and without the preparation of a presentence report.

18 The defendant further waives any objections to the Magistrate Judge's findings and recommendation

19 concerning the entry of the guilty plea in this case.

20       **SO STIPULATED.**

21 Dated:   8/17/08                    _s/ Andrew Lah_____
                                      **ANDREW LAH**
22                                     Federal Defenders of San Diego, Inc.
                                      Attorneys for Mr. Otero
23

24 Dated:   8/17/08                    _s/ Hugo Otero_____
                                      **HUGO OTERO**
25                                     Defendant

26 Dated:   8/17/08                    _s/ Alessandra Serano_____
                                      **ALESSANDRA SERANO**
27                                     Assistant United States Attorney

28

1 | **ANDREW LAH**
California State Bar No. 234580
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 | Facsimile: (619) 687-2666
andrew_lah@fd.org
5 |
6 | Attorneys for Mr. Otero
7 |
8 | UNITED STATES DISTRICT COURT
9 | SOUTHERN DISTRICT OF CALIFORNIA
10 | **(HONORABLE ROGER T. BENITEZ)**
11 | UNITED STATES OF AMERICA,           )   Case No. 08cr2152-BEN
                                        )
12 |               Plaintiff,           )
                                        )
13 | v.                                 )   **PROOF OF SERVICE**
                                        )
14 | **HUGO OTERO,**                    )
                                        )
15 |               Defendant.           )
                                        )
16 |
17 |           Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 | his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 | upon:
20 |           **ALESSANDRA SERRANO, Assistant United States Attorney**
              Alessandra.P.Serano@usdoj.gov,Cindy.Muncy@usdoj.gov,efile.dkt.gc1@usdoj.gov
21 |
22 | Dated: August 18, 2008                    *s/ ANDREW LAH*_____
                                               **ANDREW LAH**
23 |                                           Federal Defenders of San Diego, Inc.,
                                               andrew_lah@fd.org
24 |
25 |
26 |
27 |
28 |