**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
E-mail: andrew_lah@fd.org

Attorneys for Mr. Garcia-Vega

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR2151-BEN |
| Plaintiff, | |
| v. | **WITHDRAWAL DOCUMENT** |
| **JOSE DE JESUS GARCIA-VEGA**, | |
| Defendant. | |

The Defendant, Jose de Jesus Garcia-Vega, by and through his attorneys, Andrew Lah and Federal Defenders of San Diego, Inc. hereby requests to withdrawal document number 21 from the clerks record due to incorrectly uploading of the motions.

Respectfully submitted,

Dated: August 14, 2008     s/ *Andrew Lah*
**ANDREW LAH**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Andrew_Lah@fd.org

Attorneys for Mr. Garcia-Vega

**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
andrew_lah@fd.org

Attorneys for Mr. Garcia-Vega

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr2151-MJL |
| Plaintiff, ) | |
| v. ) | **PROOF OF SERVICE** |
| **JOSE DE JESUS GARCIA-VEGA,** ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**Assistant United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: August 18, 2008                              *s/ ANDREW LAH*
                                                                        **ANDREW LAH**
                                                                        Federal Defenders of San Diego, Inc.,
                                                                        andrew_lah@fd.org